■ AEGIS HOLDING LIPSTICK LLC, Appellant, v METROPOLITAN 885 THIRD AVENUE LEASEHOLD LLC, Respondent, et al., Defendants. [945 NYS2d 71]—

Orders, Supreme Court, New York County (Bernard J. Fried, J.), entered October 26, 2011 and November 9, 2011, which, to the extent appealed from, dissolved a temporary restraining order that had tolled plaintiff's time to cure the alleged defaults and denied plaintiff's motions for a *Yellowstone* injunction, unanimously reversed, on the law, with costs, and the motions granted.

Plaintiff established its entitlement to a *Yellowstone* injunction. Plaintiff demonstrated that it held a commercial lease, had received a notice to cure from defendant landlord, and had requested injunctive relief prior to the expiration of the cure period. Plaintiff also showed that it was prepared and maintained the ability to cure the alleged defaults (*see Graubard Mollen Horowitz Pomeranz & Shapiro v 600 Third Ave. Assoc.*, 93 NY2d 508, 514 [1999]). Although plaintiff initially did not, as required under the lease, remain open six days per week while it contested defendant's purportedly improper HVAC charges, plaintiff cured that default and there has yet to be a determination as to plaintiff's responsibility to cure the remaining alleged defaults, which the court did not address (*see e.g. Boi To Go, Inc. v Second 800 No. 2 LLC*, 58 AD3d 482 [2009]). Concur—Gonzalez, P.J., Andrias, Saxe, DeGrasse and Román, JJ.

■ AUGUSTO LEYVA, Respondent, v CORA REALTY Co., LLC, Appellant. [944 NYS2d 712]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, Bronx County (Patricia Anne Williams, J.), entered on or about January 25, 2011, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated May 3, 2012, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Mazzarelli, J.P., Saxe, Catterson, Acosta and Román, JJ.